UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

          Plaintiff,

v.

BREEANN CARAWAY, *et al.*,

          Defendants.

Case No. C19-679-RSL

ORDER DISMISSING ACTION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's civil rights complaint (Dkt. # 1-1) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk shall count this as a dismissal under 28 U.S.C. § 1915(g).

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 31st day of July, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2